

# THE STATE OF TEXAS
MANDATE

TO THE COUNTY COURT AT LAW NO. 2 OF DALLAS COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 22nd day of May, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Pletze Brown, Jr. and All Other
Occupants, Appellants

v.

CitiMortgage, Inc., Appellee

No. 06-14-00105-CV

Trial Court No. CC-14-04645-B

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Pletze Brown, Jr. and All Other Occupants, pay all costs of this appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 13th day of August, A.D. 2015.

DEBRA K. AUTREY, Clerk